**630 GRAND RAPIDS vs. SUPERIOR COURT JUDGE (Grand Rapids), No. 14215, 102 M., 321.**

To compel respondent to set aside an order dismissing relator's petition for the establishment of permanent dock, safety, sanitary and building lines along the shores of Grand River, as provided by Act No. 358, Local Acts of 1891.

Granted October 16, 1894, with costs against respondents in the court below.

The circuit judge held the act unconstitutional.

Held, that the failure of respondent to answer amounts to an admission, under Supreme Court Rule No..63, that all the material averments of the petition for the writ are true.

**631 BROWN ET AL. vs. CIRCUIT JUDGE (Houghton), Nos. 14673 and 14674 (two cases), 105 M., 653.**

To set aside an order sustaining a demurrer and dismissing bill filed under Act No. 262, Laws of 1889, as amended by Act No. 137, Laws of 1891, and to compel respondent to proceed with the cases.

Relators in both cases appealed, orders to show cause were issued January 3, 1895, and the questions were considered in the appealed cases, and the writ granted July 2, 1895, with costs against the demurring defendants. Robison vs. Recorder's Court Judge, 59 M., 529 (236); Brown vs. Circuit Judge, 75 M., 274 (723).